# EXHIBIT L

**PRELIMINARY CLAIM CHART FOR U.S. PATENT NO. 12,171,593**

General Electric Company ("GE"), GE HealthCare Technologies Inc. ("GE HealthCare"), and GE Medical Systems, L.L.C. ("GE Medical Systems") (collectively, "Defendants") infringe at least one claim of U.S. Patent No. 12,171,593 (the "'593 Patent") by making, using, selling or offering to sell Defendants' MotionFree device and positron emission tomography ("PET") and computed tomography ("CT") imaging systems and products incorporating MotionFree (the "Accused Products") within the United States, and/or by importing the Accused Products into the United States, without authority.

The preliminary claim chart below explains how the Accused Products infringe Claim 1 of the '593 Patent. This preliminary claim chart cites to exemplary evidence of infringement based on evidence that is currently available to Memorial Sloan-Kettering Cancer Center ("MSK"). These citations are provided as illustrations to identify the accused functionality and should not be construed to limit the evidence MSK may rely upon. Moreover, this preliminary claim chart is not intended to limit MSK's right to modify the chart or to allege that Defendants' other activities infringe Claim 1 or any other claim of the '593 Patent or any other patents.

MSK contends that each element of each asserted claim is literally present in the Accused Products. However, to the extent that any claim element is not literally present in the Accused Products, MSK contends that the element is present under the doctrine of equivalents.

| Claim Feature | The Accused Products |
|---|---|
| 1A: A method for retrospective internal gating, the method comprising: | To the extent that the preamble is construed as limiting, the Accused Products practice a method for retrospective internal gating.<br><br>MotionFree "leverage[s] the 4-dimensional information encompassed within [PET] coincidence events to derive respiratory waveforms for the current [field of view]," and "if the detected respiratory impact is above a configurable threshold, a respiratory waveform is derived from the PET list-mode data, and the waveform is used to derive per-cycle triggers," which "enable subsequent gated data processing." GE Healthcare, MotionFree: Device-less Digital Respiratory Gating in PET (June 2019) ("MotionFree Whitepaper"), at 1, 4; *see* Mark Lubberink, *EANM 2020 Virtual, GE Healthcare Symposium, Prof. Lubberink*, YouTube (GE HealthCare, Dec. 17, 2020), https://www.youtube.com/watch?v=dXs0dCpbrLc (explaining MotionFree "tries to find a breathing signal in the raw data using principal component analysis," and "if a waveform is found, quiescent-phase gating is performed, so a quiescent-phase image is reconstructed exactly as with external-device gating"); Letter from Robert Ochs, Ph.D., Dir., Div. of Radiological Health, Ctr. for Devices and Radiological Health, FDA, to Lee Bush, Regulatory Affairs Manager, GE Medical Systems (Apr. 11, 2018) (Re: K180318, 510(k) Premarket Notification—PET Digital Gating) ("K180318 Letter"), at 5-3 to 5-4 (explaining MotionFree is "intended to be used to detect and characterize respiratory motion using acquired PET coincidence data without the use of an external gating device" and "incorporates a principal components analysis (PCA) to compute the spatial-temporal variation of PET list data" and "can be used to automate motion correction of PET images with respiratory motion"); U.S. Patent No. 8,600,132 ('132 Patent), Abstract ("A method for reducing, in an image, motion related imaging artifacts includes obtaining an image dataset of a region of interest, generating a plurality of intermediate images using the image dataset, applying a multivariate data analysis technique to the plurality of the intermediate images to generate motion information, sorting the intermediate images into a plurality of bins based on the motion information, and generating an image of the region of interest using at least one of the plurality of bins.").<br><br>"MotionFree can be applied prospectively as well as retrospectively on any previously acquired scan without respiratory information recorded from a device, making respiratory motion management accessible at any time for any data." MotionFree Whitepaper at 1. |

2

| 1B: acquiring image data corresponding to successive digital images $i_1$ to $i_n$ to obtain a chronologically ordered image set with temporally cyclical signals corresponding to periodic motion of a moving object; | MotionFree acquires a PET coincidence dataset and generates a series of PET sinograms over time. *See* '132 Patent, col. 4, ll. 42-53 ("At **104** [Figure 2], the emission dataset **14** is utilized to generate a plurality of intermediate images **150** over time. In the exemplary embodiment, the intermediate images 150 are sinograms 150. Optionally, the intermediate images may be reconstructed images. As shown in FIG. **3**, the plurality of sinograms **150** may include a first set of sinograms **150***a*, acquired over a first time frame of, for example, 300 milliseconds. The plurality of sinograms **150** may include a second set of sinograms **150***b* that are acquired over a time frame subsequent to the first set of sinograms **150***a*, etc.  Thus, a set of sinograms is generated for each time frame, e.g. for each 300 ms time frame, during the scanning process."); K180318 Letter at 5-3 (MotionFree "us[es] acquired PET coincidence data"); MotionFree Whitepaper at 4 ("The MotionFree algorithm enables an automatic data analysis using collected PET coincidence events, i.e. 'list-mode' data . . ."), 5 ("Step 1: Acquire PET coincidence events using Q.Static acquisition mode" and "Step 2: Generate reduced-dimension sinogram data").<br><br>The chronologically ordered PET sinogram set contains temporally cyclical signals corresponding to periodic motion of a moving object. *See* MotionFree Whitepaper at 4 ("PET sinograms are a representation of coincidence data that are used to form 4D input to PCA: coincidence data coordinates (r, θ, z) and changes over time (t), such that a correlation of motion with location in the patient is available."). |

3

| 1C: extracting information for a plurality of arrays corresponding to one or more voxels in the successive images $i_1$ to $i_n$; | MotionFree generates PET sinograms, which "are a representation of coincidence data that are used to form 4D input to PCA: coincidence data coordinates (r, θ, z) and changes over time (t), such that a correlation of motion with location in the patient is available." MotionFree Whitepaper at 4; *see id.* at 4 ("The MotionFree algorithm enables an automatic data analysis using collected PET coincidence events, i.e. 'list-mode' data . . ."), 5 ("Step 1: Acquire PET coincidence events using Q.Static acquisition mode" and "Step 2: Generate reduced-dimension sinogram data"); K180318 Letter at 5-4 (MotionFree "incorporates a principal components analysis (PCA) to compute the spatial-temporal variation of PET list data."). <br><br> MotionFree generates average time-activity information for every element in every sinogram which is used to generate zero mean information. *See* '132 Patent, col. 5, ll. 27-34 ("At **106** [in Figure 2], the sets of pre-processed sinograms **151***a* . . . **151***n* are utilized to generate time-average information **152**," and "at **106** [in Figure 2], average information **152** is generated for every element in every sinogram in **150***a* . . ."), col. 5, ll. 52-55 ("At **108** [in Figure 2], the average information **152**, for each set of sinograms **151***a* . . . **151***n*, is subtracted from the respective set of sinograms **150** to generate zero mean information [**154**] which is then input to the PCA."); *id.* at Fig. 2 ("Generate Average Information for Each Set of Sinograms" and "Subtract the Average Information from the Emission Dataset to Generate Zero Mean Information for Each Set of Sinograms"). |

| 1D: generating a time varying object motion function based on the extracted information for the plurality of arrays of the image data; | MotionFree generates average time-activity information for every element in every sinogram, which is used to generate zero mean information, "which is then input to the PCA." *See* '132 Patent, col. 5, ll. 27-34 ("At **106** [in Figure 2], the sets of pre-processed sinograms **151***a* . . . **151***n* are utilized to generate time-average information **152**," and "at **106** [in Figure 2], average information **152** is generated for every element in every sinogram in **150***a* . . ."), col. 5, ll. 52-55 ("At **108** [in Figure 2], the average information **152**, for each set of sinograms **151***a* . . . **151***n*, is subtracted from the respective set of sinograms **150** to generate zero mean information [**154**] which is then input to the PCA."). |
| | The output of the PCA "is a number of eigenvectors (each corresponding to a set of sinograms of the same size as a set **154***a*) and their corresponding eigenvalues," and "eigenvectors with the largest eigenvalue explain the largest variation (over time) in the sets of sinograms **154***a* . . . **154***n*." *Id.* at col. 5, l. 66-col. 6, l. 4. |
| | The zero mean information is also used to generate weight factors. *See* '132 Patent at col. 6, ll. 35-48 ("Referring again to FIG. **2**, at **110**, the zero mean information **154** generated for each set of sinograms **150** is utilized to generate one or more weight factors **156**, shown in FIG. **6**. More specifically, the PCA outputs a single weight factor, signal and/or trace for each principal component analyzed. In this example, the PCA outputs the weight factor **156** corresponding to the first principal component. The weight factor **156** is illustrated as points in FIG. **6**, one point for each time frame. In the exemplary embodiment, the weight factor **156** is generated by doing an element-wise multiplication of the values of PC**1** with each of the sets of sinograms with the zero mean information **154***a* . . . **154***n*, and summing over the set of sinograms, thus obtaining a single number for each set of sinograms **154***a*, **154***b* . . . **154***n*."). |
| | The weight factors are used to generate a time varying object motion function. *See* '132 Patent at col. 7, ll. 21-42 ("Referring again to FIG. **2**, at **112**, the weight factors **156** derived at **110** are utilized to generate a motion signal **250**. For example, FIG. **8** illustrates an exemplary motion signal **250** derived using the MVW-PCA wherein the x-axis represents time and the y-axis represents the magnitude of the weight factors **156** derived at **110** for each set of sinograms **150**. In the exemplary embodiment, the weight factors **156** are derived in a time sequential manner for each of the sets of sinograms **150**. For example, the MVW-PCA derives a weight factor **156***a* for the set of sinograms **150***a*, which in the exemplary embodiment, is the first sinogram generated during the scan. The MVW-PCA then derives a weight factor **156***b* for the second set of sinograms **150***b*, and derives a weight factor **156***n* for the last set of sinograms **150***n* acquired in the scanning procedure. As shown in FIG. **8**, the plurality of weight factors **156** are arranged in a time sequential manner and a line has been drawn through the points representing the weight factors **156**. From the weight factors **156**, the motion signal **250** is derived. In one embodiment, the motion signal **250** is substantially the same as the weight factors **156**. In another embodiment, the motion signal **250** is obtained by filtering the weight factors **156**, to for example, reduce noise."). |

| 1E: determining, based on the time varying object motion function, phase information for the periodic motion of the moving object; and | "The MotionFree algorithm enables an automatic data analysis using collected PET coincidence events, i.e. 'list-mode' data, and, if the detected respiratory impact is above a configurable threshold, a respiratory waveform is derived from the PET list-mode data, and the waveform is used to derive per-cycle triggers" for "subsequent gated data processing." MotionFree Whitepaper at 4; *see* Mark Lubberink, *EANM 2020 Virtual, GE Healthcare Symposium, Prof. Lubberink*, YouTube (GE HealthCare, Dec. 17, 2020), https://www.youtube.com/watch?v=dXs0dCpbrLc (explaining MotionFree "tries to find a breathing signal in the raw data using principal component analysis," and that, "if a waveform is found, quiescent-phase gating is performed").<br><br>Gated data processing involves determining phase information for the periodic motion of the moving object based on the time varying object motion function. *See* '132 Patent, Abstract ("A method for reducing, in an image, motion related imaging artifacts [that] includes . . . applying a multivariate data analysis technique to the plurality of the intermediate images to generate motion information, sorting the intermediate images into a plurality of bins based on the motion information . . ."), Fig. 2 ("Generate a Motion Signal Using the Motion Information" and "Sort the Sinograms Into Bins Based on the Motion Information"), col. 7, ll. 43-56 ("At **114** [Figure 2], the emission dataset **14**, e.g. the sinograms **150**, is sorted into a plurality of bins **300** using the motion signal **250** (shown in FIG. **8**). For example, FIG. **8** illustrates the exemplary motion signal **250** that is utilized to map the sinograms **150** into a plurality of bins **300**.  Moreover, FIG. **9** illustrates a plurality of bins numbered **300** . . . **310**, i.e. n=6 bins. Thus, in the exemplary embodiment, the sinograms **150** are sorted into the six bins **300** numbered **300**, **302**, **304**, **306**, **308**, and **310**.  However, it should be realized that the quantity of bins illustrated in FIG. **8** is exemplary, and that during operation, fewer than six bins or more than six bins may be utilized.  As such, each bin **300**, **302**, **304**, **306**, **308**, and **310** includes approximately ⅙ of the total information in the imaging dataset **14**."), col. 7, l. 57–col. 8, l. 40 ("For example, assuming that the total length of the scan performed at **102** to acquire emission data is three minutes. Moreover, assuming that the imaging dataset **14** is sorted into six bins, wherein each respective bin includes approximately 30 seconds of information. In the exemplary embodiment, the sinograms **150** are sorted into a respective bin based on the motion signal **250** described above. More specifically, the sinograms **150** are sorted into a specific bin based on the value of the motion signal **250** derived as discussed above. Accordingly, in the exemplary embodiment, each bin includes emission data that represents the objects **160**, **162**, **164**, and **166** in the same approximate spatial position during the scanning procedure. For example, the bin **300** may include information that represents the object **160** acquired at the beginning of a respiration phase, and the bin **310** may include imaging data acquired at the end of the respiration phase. Moreover, each intervening bin, e.g. bins **302**, **304**, **306**, and **308** may include imaging data that represents a motion state between inspiration and expiration. Each of the bins **300**, **302**, **304**, **306**, **308**, and **310** is adapted to receive imaging data that is acquired over a plurality of breathing cycles. Moreover, each of the bins **300**, **302**, **304**, **306**, **308**, and **310** is adapted to receive imaging data that represents approximately the same point in the patient's breathing cycle. Accordingly, each of the bins **300**, **302**, **304**, **306**, **308**, and **310** include imaging data representing a certain motion state of |

| | |
|---|---|
| | the patient **16**. In the exemplary embodiment, the information acquired from the motion signal **250** is utilized to divide the imaging data **14** into six substantially equal portions and store the substantially equal portions in a respective bin **300**, **302**, **304**, **306**, **308**, and **310**. Thus, at the conclusion of the gating process at **114** each of the six bins **300**, **302**, **304**, **306**, **308**, and **310** includes emission data associated with the same motion characteristics."). |
| 1F: generating at least one image correcting for the periodic motion of the moving object based on the acquired image data and the determined phase information for the periodic motion of the moving object. | MotionFree devices generate at least one image correcting for the periodic motion of the moving object. *See* MotionFree Whitepaper at 3 ("For each respiratory gate, a PET image volume is created, showing the impact of respiratory motion on anatomy movement or image features."); K180318 Letter at 5-3 to 5-4 (explaining MotionFree "incorporates a principal components analysis (PCA) to compute the spatial-temporal variation of PET list data," which "can be used to automate motion correction of PET images with respiratory motion"); '132 Patent at col. 9, ll. 17-20 ("Referring again to FIG. **2**, at **116**, the 2D images stored in the bins **300**, **302**, **304**, **306**, **308**, and **310**, i.e., the motion corrected images, are averaged together to generate a single motion corrected image."); *Discovery IQ Gen 2*, GE HealthCare, https://www.gehealthcare.com/products/molecular-imaging/pet-ct/discovery-iq-gen-2 (last visited June 1, 2026) (showing MotionFree images produced by Discovery IQ Gen 2); GE, *Discovery MI Gen 2* (2021) ("Discovery MI Gen 2 combines trusted Q.Clear quantitation and the proven clarity of MotionFree images with 30 centimeters of coverage, deep-learning based image reconstruction and a more efficient technologist experience."); *Omni Legend*, GE HealthCare, https://www.gehealthcare.com/products/molecular-imaging/pet-ct/omni-legend (last visited June 1, 2026) (showing MotionFree images produced by Omni Legend).<br><br>MotionFree devices generate at least one image correcting for the periodic motion of the moving object based on the acquired image data and the determined phase information for the periodic motion of the moving object. *See* Mark Lubberink, *EANM 2020 Virtual, GE Healthcare Symposium, Prof. Lubberink*, YouTube (GE HealthCare, Dec. 17, 2020), https://www.youtube.com/watch?v=dXs0dCpbrLc (explaining MotionFree "tries to find a breathing signal in the raw data using principal component analysis," and that, "if a waveform is found, quiescent-phase gating is performed, so a quiescent-phase image is reconstructed exactly as with external-device gating"); MotionFree Whitepaper at 3 ("For each respiratory gate, a PET image volume is created, showing the impact of respiratory motion on anatomy movement or image features."); '132 Patent, Abstract ("A method for reducing, in an image, motion related imaging artifacts [that] includes . . . sorting the intermediate images into a plurality of bins based on the motion information, and generating an image of the region of interest using at least one of the plurality of bins."), Fig. 2 ("Sort the Sinograms Into Bins Based on the Motion Information" and "Generate an Image of the Object Using the Binned Sinograms"), col. 7, ll. 43-56 ("At **114** [Figure 2], the emission dataset **14**, e.g. the sinograms **150**, is sorted into a plurality of bins **300** using the motion signal **250** (shown in FIG. **8**). For example, FIG. **8** illustrates the exemplary motion signal **250** that is utilized to map the sinograms **150** into a plurality of bins **300**. Moreover, FIG. **9** illustrates a plurality of bins numbered **300** . . . **310**, i.e. n=6 bins. Thus, in the exemplary |

7

embodiment, the sinograms **150** are sorted into the six bins **300** numbered **300**, **302**, **304**, **306**, **308**, and **310**.  However, it should be realized that the quantity of bins illustrated in FIG. **8** is exemplary, and that during operation, fewer than six bins or more than six bins may be utilized.  As such, each bin **300**, **302**, **304**, **306**, **308**, and **310** includes approximately ⅙ of the total information in the imaging dataset **14**."), col. 9, ll. 17-20 ("Referring again to FIG. **2**, at **116**, the 2D images stored in the bins **300**, **302**, **304**, **306**, **308**, and **310**, i.e., the motion corrected images, are averaged together to generate a single motion corrected image."), col. 8, ll. 24-62 ("In the exemplary embodiment, after the emission data is sorted into bins, the plurality of bins **300**, **302**, **304**, **306**, **308**, and **310** may be reconstructed into images representing emission activity distribution and then spatially registered. For example, in one embodiment, the bin **300** may be selected as a reference bin and the bins **302**, **304**, **306**, **308**, and **310** may be registered to the reference bin **300**. The bins **302**, **304**, **306**, **308**, and **310** may be registered to the reference bin **300** using either a rigid or non-rigid registration. The rigid and non-rigid registrations may be performed manually by the operator or automatically by the processor **30**. It should be realized, that registration may not be required in certain areas where there is little or no motion. The motion information can be used to adjust the cost function in the registration process. In general, the motion information may be utilized to identify areas that are affected by motion or not affected by motion improve the registration process. In the exemplary embodiment, performing a non-rigid registration includes transforming the information within the bins **302**, **304**, **306**, **308**, and **310** in three-dimensional (3D) space to align the information within the bins **302**, **304**, **306**, **308**, and **310** to the reference bin **300**. For example, the images in the bin **302** may be slighted tilted with respect to the images in the reference bin **300**. Accordingly, the images within the bin **302** are tilted to align the images with the images in the reference bin **300**. The remaining bins **304**, **306**, **308** and **310** are also realigned to substantially match the images in the reference bin **300**. In operation, the rigid registration process may be implemented by selecting anatomical or other features/points/landmarks and the images aligned using these feature or points along with detected edges or borders within the images. Alternatively, different markers may be used to identify known anatomical locations. The rigid registration also may be based on curved contours, for example, of bones within the image. The rigid registration may also be volume based or surface based. However, it should be appreciated that any rigid registration process may be performed that includes optimizing or calculating a certain comparable criteria or similarity measure.").

8