IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEMORIAL SLOAN-KETTERING CANCER CENTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 26-633-CFC |
| GENERAL ELECTRIC COMPANY, GE HEALTHCARE TECHNOLOGIES INC., and GE MEDICAL SYSTEMS LLC., | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME**

WHEREAS, Plaintiff filed a Complaint for patent infringement against Defendants General Electric Company, GE HealthCare Technologies Inc., and GE Medical Systems LLC (collectively, "Defendants") on June 1, 2026 (D.I. 1);

WHEREAS, Defendants' current deadline to respond to the Complaint is September 21, 2026;

WHEREAS, the parties are in discussions to resolve this dispute and are in the process of coordinating private mediation to better facilitate those discussions;

WHEREAS, a private mediation is scheduled for October 1, 2026;

WHEREAS, an additional 30-day extension of time for Defendants to respond to the Complaint will provide time for the parties to engage in mediation;

WHEREAS, Defendants have requested that Plaintiff file a motion requesting this extension;

NOW THEREFORE, Plaintiff respectfully requests that the Court extend Defendants' deadline to move, answer, or otherwise respond to the Complaint to October 21, 2026.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Peter A. Sullivan
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 812-0400
psullivan@foleyhoag.com

Spenser C. Angel
FOLEY HOAG LLP
Seaport West, 155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
sangel@foleyhoag.com

Dated: September 9, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEMORIAL SLOAN-KETTERING CANCER CENTER, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 26-633-CFC |
| GENERAL ELECTRIC COMPANY, GE HEALTHCARE TECHNOLOGIES INC., and GE MEDICAL SYSTEMS L.L.C., | ) | |
| Defendants. | ) | |

**ORDER GRANTING UNOPPOSED MOTION**

IT IS HEREBY ORDERED that:

1. The Unopposed Motion to Extend Time is GRANTED.

2. The deadline for Defendants to answer, move or otherwise respond to the Complaint shall be October 21, 2026.

Dated: ______________________

______________________________________
Chief Judge Colm F. Connolly